

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00374-CV

| | | |
|---|---|---|
| PRECISION-HAYES INTERNATIONAL, INC., Appellant | § | On Appeal from the 342nd District Court |
| | § | of Tarrant County (342-329266-21) |
| V. | § | August 31, 2022 |
| JDH PACIFIC, INC., Appellee | § | Memorandum Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the trial court's order vacating the arbitrator's award is reversed and we render a judgment confirming the award.

It is further ordered that appellee JDH Pacific, Inc. shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Brian Walker
Justice Brian Walker